|   |   |
|---|---|
| IN THE MATTER OF THE PETITION<br>FOR REINSTATEMENT OF<br>MARGOT ELIZABETH ROBERTS<br>TO THE BAR OF MARYLAND | *    IN THE<br>* <br>*    SUPREME COURT<br>* <br>*    OF MARYLAND<br>* <br>*    AG No. 4<br>* <br>*    September Term, 2023<br>* <br>* |

## ORDER

Upon consideration of Margot Elizabeth Roberts' petition for reinstatement to the Bar of Maryland pursuant to Rule 19-752 and Bar Counsel's response to the petition, it is this 31st day of August 2023, by the Supreme Court of Maryland,

ORDERED that the petition is granted with a condition. Petitioner Margot Elizabeth Roberts is reinstated to the Bar of Maryland subject to the condition that, pursuant to Rule 19-752(j)(9), she shall enter into a treatment monitor agreement with Bar Counsel, which agreement will remain in effect until Bar Counsel recommends its termination and until further order of this Court; and it is further

ORDERED that, upon the parties providing proof to the Clerk that Petitioner has entered into a mental health monitor agreement with Bar Counsel, the Clerk shall replace the name Margot Elizabeth Roberts on the register of attorneys entitled to practice law in Maryland and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice

Gregory Hilton, Clerk